UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHAN POK,<br><br>        Plaintiff,<br>v.<br><br>TONY HEDGPETH, Warden,<br><br>        Defendant. | Civil No. 08CV1029 JAH(NLS)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT AND DIRECTING THE CLERK OF COURT TO PROVIDE PLAINTIFF WITH COPIES OF PLAINTIFF'S PREVIOUSLY FILED COMPLAINTS** |

Plaintiff has filed a request for a thirty day extension of time in which to file a second amended complaint because his legal materials have been "misplaced" and he has been housed in administrative segregation without access to any legal materials. Plaintiff also requests the Court provide him with copies of his previously filed complaints to aid him in his attempt to file a second amended complaint. This Court finds plaintiff's requests reasonable. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for extension of time to file a second amended complaint is GRANTED. Plaintiff shall file and serve his second amended complaint **no later than May 8, 2009**. Plaintiff is advised, however, that no further extensions of time will be granted.

//

//

2. Plaintiff's request for copies of his previously filed complaints is **GRANTED**. The Clerk of Court is directed to provide plaintiff with copies of plaintiff's complaints dated July 18, 2008, November 25, 2008 and January 13, 2009, forthwith.

DATED: April 3, 2009

JOHN A. HOUSTON
United States District Judge