IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOPHAN POK,** <br><br> Plaintiff, <br><br> v. <br><br> **TONY HEDGPETH, Warden,** | Case No. 1:08-cv-01029-JAH-NLS <br><br> **ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** <br><br> [Doc. No. 29] |

Defendant's second request for an extension of time to file a motion for summary judgment was considered by this Court, and for good cause shown, the request is **GRANTED**. **IT IS HEREBY ORDERED** that Defendant is granted fourteen days, to and including **June 7, 2010**, to file a motion for summary judgment. No further requests for extension of time will be granted absent extraordinary circumstances. Further, the Mandatory Settlement Conference currently set for August 10, 2010 is **VACATED** and **RESET** for **August 24, 2010 at 2:30 p.m.** Confidential settlement briefs are due directly to chambers by **August 17, 2010**. **IT IS SO ORDERED.**

Dated: May 17, 2010

Hon. Nita L. Stormes
U.S. Magistrate Judge

1

Order (1:08-cv-01029-JAH-NLS)