UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHAN POK,<br><br>           Plaintiff,<br>v.<br>TONY HEDGPETH, Warden,<br><br>           Defendant. | Civil No. 08CV1029 JAH(NLS)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties having filed a stipulation to dismiss this matter with prejudice, *see* Doc. # 36, IT IS HEREBY ORDERED that this case is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party will bear its own costs and fees.

DATED:    August 23, 2010

_____
JOHN A. HOUSTON
United States District Judge

08cv1029