UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHAN POK,<br><br>                Plaintiff,<br>v.<br><br>TONY HEDGPETH, Warden,<br><br>                Defendant. | Civil No. 1:08CV1029 JAH(NLS)<br><br>**ORDER DENYING PLAINTIFF'S MOTION [DOC. # 39]** |

    This case was terminated in January 2011 after the parties filed a stipulation to dismiss this matter with prejudice based on the settlement reached between them. *See* Doc. # 36. Plaintiff has now submitted a letter directed at the settlement judge, the Honorable Victor Bianchini, which the Clerk of Court deemed fit to file as a motion, which seeks guidance concerning the disclosure of photographs he seeks to review in order to perfect an appeal of a prison grievance not related to the incident at issue in this case. *See* Doc. # 39. This Court finds that neither this Court, nor the settlement judge, has jurisdiction to provide such guidance to plaintiff. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is **DENIED.**

DATED:    November 13, 2012

                                                       JOHN A. HOUSTON<br>                                                       United States District Judge