1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHAN POK, | )  Civil No. 1:08CV1029 JAH(NLS) |
| Plaintiff, | )  **ORDER DENYING PLAINTIFF'S** |
| v. | )  **MOTION [DOC. # 39]** |
| TONY HEDGPETH, Warden, | ) |
| Defendant. | ) |

        This case was terminated in January 2011 after the parties filed a stipulation to dismiss this matter with prejudice based on the settlement reached between them. *See* Doc. # 36.  Plaintiff has now submitted a letter directed at the settlement judge, the Honorable Victor Bianchini, which the Clerk of Court deemed fit to file as a motion, which seeks guidance concerning the disclosure of photographs he seeks to review in order to perfect an appeal of a prison grievance not related to the incident at issue in this case. *See* Doc. # 39.  This Court finds that neither this Court, nor the settlement judge, has jurisdiction to provide such guidance to plaintiff.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is **DENIED.**

DATED:        November 13, 2012

_____
JOHN A. HOUSTON
United States District Judge

08cv1029